大成 **DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 9/29/21
```

September 29, 2021

**VIA ECF**

> The Court GRANTS the request for a stay. The parties are hereby ORDERED to submit a joint status letter on or before November 15, 2021. SO ORDERED.

*[signature]* Alison J. Nathan

9/29/21

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Williams v. America's Gardening Resource, Inc., Case No. 1:21-cv-05971-AJN*

Dear Judge Nathan:

We represent Defendant America's Gardening Resource, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 29, 2021 to November 15, 2021.                                SO ORDERED.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)