UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Williams,

                Plaintiff,

–v–

Americas Gardening Resource, Inc.,

                Defendant.

21-cv-5971 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the 45-day stay in this case, the Court hereby ADJOURNS the initial pretrial conference scheduled for October 15, 2021 *sine die*.

    SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge